**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| CM HK LIMITED, § § §<br>           Plaintiff, § §<br>      v. §<br> §<br>SAMSUNG ELECTRONICS CO., LTD.; §<br>SAMSUNG ELECTRONICS AMERICA, §<br>INC., §<br> §<br>           Defendants. § § | Case No. 2:24-cv-00880-JRG<br><br>JURY TRIAL DEMANDED |

**ORDER GRANTING DEFENDANTS SAMSUNG ELECTRONICS CO., LTD. AND
SAMSUNG ELECTRONICS AMERICA, INC.'S MOTION TO DISMISS, TRANSFER,
OR STAY PURSUANT TO THE FIRST-TO-FILE RULE**

Before the Court is Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.'s Motion to Dismiss, Transfer, or Stay Pursuant to the First-to-File Rule. Having considered the motion and the arguments of the parties, the Court finds the motion is well taken and is hereby GRANTED. The Court hereby transfers this action to the Northern District of California.

IT IS SO ORDERED.