IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CM HK LIMITED,<br>　　　　　*Plaintiff,*<br><br>V.<br><br>SAMSUNG ELECTRONICS CO., LTD. &<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br>　　　　　*Defendants.* | CASE NO. 2:24-cv-00880<br><br><br>JURY TRIAL DEMANDED |

**PLAINTIFF CM HK LTD.'S NOTICE OF RELEVANT DETERMINATION FROM RELATED PROCEEDING IN THE NORTHERN DISTRICT OF CALIFORNIA**

Plaintiff CM HK LTD asks the Court to take judicial notice of the Order filed by Judge Jon S. Tigar in the Northern District of California action. *Samsung Electronics Co., Ltd., et al., v. CM HK, LTD.*, 24-cv-06567 (2024). Plaintiff files Exhibit A, Order Granting Defendant CM HK LTD.'S Motion to Dismiss, Re: ECF 51 (Dkt 73).

The Court held that CM HK's contacts with California, actions towards Samsung, and communications with Samsung's counsel did not give rise to general or specific jurisdiction over the party; and having found the Court does not have general or specific jurisdiction over CM HK or jurisdiction under an Alter-ego theory, granted CM HK's motion to dismiss.

Dated:  May 21, 2025　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Zachary R. Della Porta*
　　　　　　　　　　　　　　　　　　　　Michael W. Shore
　　　　　　　　　　　　　　　　　　　　Texas State Bar No. 18294915
　　　　　　　　　　　　　　　　　　　　Zachary R. Della Porta
　　　　　　　　　　　　　　　　　　　　Texas State Bar No. 24134899
　　　　　　　　　　　　　　　　　　　　Kenneth E. Shore
　　　　　　　　　　　　　　　　　　　　Texas State Bar No. 24027972

THE SHORE FIRM LLP
5646 Milton Street, Suite 423
Dallas, Texas  75206
214-593-9110
mshore@shorefirm.com
zdellaporta@shorefirm.com
kshore@shorefirm.com

Christopher L. Evans
Texas State Bar No. 24058901
Chijioke E. Offor
Texas State Bar No. 24065840

OFFOR EVANS PLLC
1122 Jackson Street, No. 901
Dallas, Texas  75202
chris@offorevans.com
chiji@offorevans.com
214-593-9121

Attorneys for Plaintiff
CM HK Ltd.